# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Salma Yared Gonzalez-Montez**<br>DOB: XX/XX/1998; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-00018MJ |
| Complaint for violation of Title 8   United States Code § 1326 (a); 1325 | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>January 30, 2026 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about January 30, 2026 at or near Nogales, in the District of Arizona, **Salma Yared Gonzalez-Montez** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on January 8, 2026 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326 (a).

**COUNT 2:** On or about January 30, 2026, at or near Nogales, in the District of Arizona, **Salma Yared Gonzalez-Montez** an alien, did attempt to enter the United States of America from the Republic of Mexico by making a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code §1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Salma Yared Gonzalez-Montez** is a citizen of Mexico. On January 8, 2026, **Salma Yared Gonzalez-Montez** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On January 30, 2026, **Salma Yared Gonzalez-Montez** knowingly and intentionally attempted to re-enter the United States at the DeConcini Port of Entry in Nogales, Arizona by falsely declaring to be a United States citizen and presenting a State of Arizona Drivers License in the name of another person. **Salma Yared Gonzalez-Montez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br>Ernesto Guerra |
|---|---|
| | OFFICIAL TITLE<br>CBPO/E |
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 2, 2026 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewing AUSA: Brain Hopkins